**Economy Pumping Machinery Company, appellee, v. Swedish-American Telephone Manufacturing Company, appellant. Gen. No. 24,581.**

Action to recover purchase price of goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. Rehearing denied October 21, 1919.

Morrill, Shannon & Triska, for appellant. Osborne, Cloud & Kline, for appellee; Wilson L. Kline, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Morris Patrick, appellee, v. Harry Boshes and Harris Levy, appellants. Gen. No. 24,624.**

Action under Dramshop Act, sec. 9 (J. & A. ¶ 4609), to recover for personal injuries sustained by plaintiff in attack by one caused by defendants to become intoxicated. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank J. Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Rudolph Frankenstein, for appellants. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**George M. Ratner, appellee, v. M. Kaplan, appellant. Gen. No. 24,633.**

Action to recover for services rendered as auditor and accountant. Judgment for plaintiff against one defendant, and dismissal as to the other. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

George B. Cohen, for appellant; Joseph H. Lawler, of counsel. Andalman & Cohen and Philip B. Leviton, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**William Jenson et al., trading as Regelin, Jenson & Company, appellees, v. Raymond A. von Danden, appellant. Gen. No. 24,639.**

Action by real estate brokers to recover commissions. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. Rehearing denied October 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William R. Brand, for appellant. Adler, Lederer & Beck, for appellees.

Mr. Justice Gridley delivered the opinion of the court.